1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SHEMICK F. WATTS,                          No.  2:15-cv-2199 KJN P

12                    Petitioner,

13         v.                                   ORDER

14   ROBERT W. FOX,

15                    Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. §  2254.  Petitioner has not, however, filed an in forma pauperis

19   affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Therefore,

20   petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

21   a request to proceed in forma pauperis or submit the appropriate filing fee.

22         In accordance with the above, IT IS HEREBY ORDERED that:

23         1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25   failure to comply with this order will result in a recommendation that this action be dismissed;

26   and

27   /////

28   /////

                                                 1

1        2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2    form used by this district.

3    Dated:  October 27, 2015

4                                                          _____

5                                                          KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE

6

7    watt2199.101a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28