# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEMICK F. WATTS, | No. 2:15-cv-2199 MCE KJN P |
| Petitioner, | |
| v. | ORDER |
| ROBERT W. FOX, | |
| Respondent. | |

Petitioner requested an extension of time to file and serve objections to the April 23, 2019 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 34) is granted; and

2. Petitioner shall file and serve the objections within thirty days from the date of this order.

Dated: May 10, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/watt2199.111